IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH D. EARLY, Individually, | ) ) ) |
| Plaintiff, | ) CIVIL ACTION ) |
| vs. | ) No.: 23-417 ) |
| PITTSBURGH BUREAU OF POLICE, THE CITY OF PITTSBURGH, FERRA'S AUTOMOTIVE SERVICES, INC., | ) Magistrate Judge Maureen P. Kelly ) ) ) ) |
| Defendants. | ) |

**MOTION TO DISMISS COMPLAINT**

AND NOW come Defendant Ferra's Automotive Services, Inc., (Ferra's) by its attorney, John G. Arch, Esquire, and submits the following Motion to Dismiss Complaint.

1. Plaintiff initiated this claim against the above named Defendants, asserting, as against Ferra's, civil rights claims and federal questions of jurisdiction, as well as state claims for Declaratory Relief, Trespass to Chattels, Improper Claim to Fees, and Replevin.

2. The Complaint fails to state a claim as to Defendant Ferra's Automotive Services, Inc. for the reasons stated in Defendants' Brief in Support of their Motion, which is incorporated herein.

3. The undersigned understands that the other Defendants, Pittsburgh Bureau of Police and the City of Pittsburgh, will be filing a similar Motion to Dismiss Complaint. Inasmuch as the City's arguments may be applicable to Ferra's, Ferra's hereby incorporates by reference as though set forth at length herein, all of the issues raised by the Pittsburgh Bureau of Police and the City of Pittsburgh in their Motion to Dismiss Complaint.

WHEREFORE, Ferra's Automotive Services, Inc. respectfully submits that

Plaintiffs' Complaint against it be dismissed with prejudice.

                                  Respectfully submitted,

                                  /s/ John G. Arch
                                  John G. Arch, Esquire,
                                  Attorney for Defendant
                                  Ferra's Automotive Services, Inc., only
                                  1722 Main Street
                                  Pittsburgh, Pennsylvania  15215
                                  (412) 784-0338
                                  PA ID.: 00376

Dated:

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH D. EARLY, Individually, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| vs. | ) ) | No.: 23-417 |
| PITTSBURGH BUREAU OF POLICE, THE CITY OF PITTSBURGH, FERRA'S AUTOMOTIVE SERVICES, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing Motion to Dismiss filed on behalf of Ferra's Automotive Services, Inc. with the Clerk of Court using the CM/ECF system.

/s/ John G. Arch
John G. Arch, Esquire,
Attorney for Defendant
Ferra's Automotive Services, Inc., only
1722 Main Street
Pittsburgh, Pennsylvania  15215
(412) 784-0338
PA ID.: 00376